1002

ROGER L. ELSON, *Appellant*, v. JOHN E. MANSFIELD,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-04942-6, Donald H. Thompson, J., entered
August 20, 1993. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Turner and Armstrong,
JJ.

THE DEPARTMENT OF LABOR AND INDUSTRIES,
*Respondent*, v. DICK K. HAGG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-07862-4, Vicki L. Hogan, J., entered May
6, 1994. *Affirmed in part, reversed in part*, and *remanded*
by unpublished opinion per Seinfeld, C.J., concurred in by
Morgan, J., and Conoley, J. Pro Tem.

*In the Matter of the Marriage of* FRED C. SCHWARTZ,
JR., *Appellant*, and SHERRY L. SCHWARTZ,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-3-03889-4, Rosanne Buckner, J., entered
October 7, 1994. *Reversed* by unpublished opinion per
Turner, J., concurred in by Seinfeld, C.J., and Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. DARREL
HAMILTON FISH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 93-1-01171-7, Robert L. Harris, J., entered
December 9, 1994. *Affirmed* by unpublished opinion per
Turner, J., concurred in by Houghton, A.C.J., and Arm-
strong, J.